UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------x
Thomas Lynch,

           Plaintiff,

    v.                                          Civil Action
                                                No. 04-12722RWZ

A.T.&T., Corp.,

           Defendant.
------------------------------------------x

## PARTIES' PROPOSED PRE-TRIAL SCHEDULE

After consultation pursuant to Local Rule 16.1(B), the parties propose the following pre-trial schedule:

    1.    Discovery as to factual matters to be completed within six (6) months following service of mandatory disclosures under FED. R. CIV. P. 26(a)(1).

    2.    Motions pursuant to FED. R. CIV. P. 56 to be filed sixty (60) days after the close of factual discovery.

    3.    Disclosure of expert witnesses to be made within thirty (30) days following decision on motion under FED. R. CIV. P., or sixty (60) days following the close of factual discovery if no timely motion under Rule 56 is filed.

    4.    Discovery of expert witnesses to be completed within sixty (60) days following the deadline for disclosure of such witnesses.

-2-

5. A pre-trial conference to be scheduled by the court following the close of discovery for expert witnesses.

Respectfully submitted,

| | |
|---|---|
| Thomas Lynch,<br>Plaintiff<br>by his attorneys, | A.T.&T., Corp.<br>Defendant<br>by its attorney, |
| */s/ Jonathan J. Margolis*<br>Jonathan J. Margolis<br>BBO #319980<br>Laurie A. Frankl<br>BBO# 647181<br>Rodgers, Powers & Schwartz LLP<br>18 Tremont Street<br>Boston, MA 02108<br>(617) 742-7010 | */s/ Nathan L. Kaitz*<br>Nathan L. Kaitz<br>BBO #256760.<br>Morgan, Brown & Joy<br>Suite 1616<br>One Boston Place<br>Boston, MA 02108<br>(617) 523-6666 |