UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
CHUNGCHI CHE,

                      Plaintiff,

      v.                                                           Civil Action
                                                                    No. 98-10758DPW

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,
and DONALD A. SMITH, Jr., and
JAMES F. JOHNSON and BRIAN
P. DWYER, individually and in their
capacities as employees and agents
of the Massachusetts Bay
Transportation Authority,

                    Defendants.
---------------------------------------------------------x

PLAINTIFF'S MOTION TO
CHANGE DATE FOR PRE-TRIAL CONFERENCE

      The plaintiff moves the court to change the date for the final pre-trial conference, now scheduled for October 13, 2005. As grounds for this motion, the plaintiff states that October 13th is also the date for the Jewish holy day of Yom Kippur, and that his counsel customarily does not work on that day. The plaintiff also notes that by custom the holy day starts at sundown on the preceding day (October 12, 2005), which occurs a few minutes after 6:00 and, as Yom Kippur is a day of fasting, a traditional pre-holiday meal is to be eaten prior to sunset.

-2-

WHEREFORE, the plaintiff moves the court to change the date for the final pre-trial conference now scheduled for October 13, 2005 to another appropriate date.

September 9, 2005

Respectfully submitted,

Chungchi Che
Plaintiff
by his attorneys,

*Jonathan J. Margolis*       I
Jonathan J. Margolis
BBO #319980
Robert S. Mantell
BBO# 559715
Rodgers, Powers & Schwartz LLP
18 Tremont Street
Boston, MA 02108
(617) 742-7010

The foregoing motion is assented to:

/s/*Laurie F. Rubin*
Laurie F. Rubin, BBO #564947
Attorney for Defendants
PRINCE, LOBEL, GLOVSKY & TYE, LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000