UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------x
Thomas Lynch,
                    Plaintiff,

         v.                                          Civil Action
                                                     No. 04-12722RWZ

A.T.&T., Corp.
                    Defendant.
------------------------------------------------x
```

PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND DISCOVERY

Now comes the plaintiff and moves the court to extend the time for discovery from October 31, 2005 to March 31, 2006. As grounds for this motion, the plaintiff states as follows:

1. The parties have cooperated in discovery. Both sides have produced documents. The defendant has deposed the plaintiff. The defendant's documents include parts of personnel records involving more than 100 employees, which require substantial analysis.

2. Although the parties have cooperated in discovery to this point, the plaintiff has asked for documents respecting additional employees/former employees; the defendant has not yet responded to the plaintiff's request.

3. Should the parties not be able to work out these issues, the plaintiff anticipates asking the court to rule.

4. Because of the volume of data produced by the defendant, the plaintiff has not, as yet, deposed witnesses. He anticipates that it will be necessary to take testimony from at least six witnesses now or formerly employed by the defendant.

5. Plaintiff's counsel is scheduled for three trials between now and January 17, 2006.

WHEREFORE, the plaintiff moves the court to extend discovery in this case from October 31, 2005 to and including March 31, 2006, and to extend all future deadlines accordingly.

                          Respectfully submitted,

                          Thomas Lynch
                          Plaintiff
                          by his attorneys,

                          */s/Jonathan J. Margolis*
                          Jonathan J. Margolis
                          BBO #319980
                          Laurie A. Frankl
                          BBO# 647181
                          Rodgers, Powers & Schwartz LLP
                          18 Tremont Street
                          Boston, MA 02108
                          (617) 742-7010

-3-

The foregoing motion is assented to:

*/s/ Nathan L. Kaitz*
Nathan L. Kaitz (BBO# 252760)
Attorney for Defendant
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109
(T): (617) 523-6666
(F): (617- 367-3125