UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **THOMAS LYNCH** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | Civil Action No. 04-12722 (RWZ) |
| v. | : | |
| | : | |
| **AT&T CORP.,** | : | |
| | : | |
| **Defendant.** | : | |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the Complaint be dismissed with prejudice.

| THOMAS LYNCH | AT&T CORP., |
|---|---|
| By his Attorneys, | By its Attorneys, |
| | |
| By: /s/ Jonathan J. Margolis | By: /s/ Nathan L. Kaitz |
| Jonathan J. Margolis. Esquire | Nathan L. Kaitz, Esquire |
| BBO# 647181 | BBO# 256760 |
| Rodgers, Powers & Schwartz, LLP | Morgan, Brown & Joy, LLP |
| 18 Tremont Street | 200 State Street, 11th Floor |
| Boston, MA 02108 | Boston, MA 02108 |
| (617) 742-7010 | (617) 523-6666 |